UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LORRI CONN,

  Plaintiff,

vs.                Case No.  3:07-cv-671-J-MCR

MICHAEL J. ASTRUE, Commissioner of Social
Security,

  Defendant.
_____/

# **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion for Entry of Judgment with Remand (Doc. 16) filed February 27, 2008.  The Commissioner seeks remand for further action under sentence four of 42 U.S.C. §405(g) in order to allow the administrative law judge (the "ALJ") to:

> Fully comply with the instructions of the Commissioner's
> Appeals Council in its May 2006 remand order, including,
> without limitation, the instruction that an ALJ will request that
> Plaintiff's treating sources, Drs. Revollo and Florete, provide
> additional evidence and/or further clarification of their
> medical source statements/opinions about Plaintiff's
> limitations during the relevant period.

(Doc. 16).  The Commissioner asserts Counsel for Plaintiff has no objection to the remand.  Id.

Accordingly, after due consideration, it is

**ORDERED**:

-1-

The Defendant's Motions for Entry of Judgment with Remand (Doc. 16) is **GRANTED** and a judgment shall enter **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. §405(g).

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  28th  day of February, 2008.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record